# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:13-CR-0084-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **CHRISTOPHER SUTTON,** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss (#7). The motion indicates that a Dismissal is being sought because defendant is deceased. Out of an abundance of caution, the Court has allowed the 10-day period for filing a response to run, L.R.Cr.P. 47.1(E), during which no response was filed. Having carefully considered the motion, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss (#7) is hereby **GRANTED,** and the charges contained in the above captioned matter by way of Indictment are **DISMISSED** without prejudice.

Signed: May 30, 2013

*/s/ Max O. Cogburn Jr.*
Max O. Cogburn Jr.
United States District Judge